B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Frederick, Michael Henry** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Frederick, Mary Collins** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0191** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6284** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2853 Cole Lane**<br>**New Lenox, IL**<br><div align="right">ZIP Code<br>**60451-2637**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2853 Cole Lane**<br>**New Lenox, IL**<br><div align="right">ZIP Code<br>**60451-2637**</div> |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                     Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Frederick, Michael Henry**<br>**Frederick, Mary Collins** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**  **/s/ Theodore Marcus Liddell**            **August 13, 2009**<br>    Signature of Attorney for Debtor(s)               (Date)<br>    **Theodore Marcus Liddell 6295197** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■　　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐　　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐　　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Frederick, Michael Henry**
**Frederick, Mary Collins**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Henry Frederick**
Signature of Debtor  **Michael Henry Frederick**

X **/s/ Mary Collins Frederick**
Signature of Joint Debtor **Mary Collins Frederick**

Telephone Number (If not represented by attorney)

**August 13, 2009**
Date

### Signature of Attorney*

X **/s/ Theodore Marcus Liddell**
Signature of Attorney for Debtor(s)

**Theodore Marcus Liddell 6295197**
Printed Name of Attorney for Debtor(s)

**Theodore M. Liddell, LLC**
Firm Name

**1395B Main St., Suite C**
**Crete, IL 60417**

Address

**questions@attytheodoremliddell.com**
**(708) 310-2052  Fax: (708) 235-2045**
Telephone Number

**August 13, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Henry Frederick**
**Mary Collins Frederick**

Debtor(s)

Case No. _____
Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Michael Henry Frederick**
                     **Michael Henry Frederick**

Date:  **August 13, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael Henry Frederick**
        **Mary Collins Frederick**                        Case No. _____

                                    Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Mary Collins Frederick**
                       **Mary Collins Frederick**

Date:  **August 13, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Henry Frederick,**
**Mary Collins Frederick**

_____,
Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 437,000.00 | | |
| B - Personal Property | Yes | 9 | 178,533.65 | | |
| C - Property Claimed as Exempt | Yes | 6 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 487,734.43 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 109,287.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 10,600.16 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 10,465.21 |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 615,533.65 | | |
| Total Liabilities | | | | 597,021.94 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Henry Frederick,**
**Mary Collins Frederick**

Case No. _____

_____,

Debtors                    Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 10,600.16 |
| Average Expenses (from Schedule J, Line 18) | 10,465.21 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 10,814.54 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 35,305.46 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 109,287.51 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 144,592.97 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re   **Michael Henry Frederick,**                                           Case No. _____
       **Mary Collins Frederick**

_____ ,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence:  Single Family, Ranch Dwelling, 3 Bedrooms, 2 1/2 Baths, Living Room, Dining Room, Family Room, Office, 3 Car Garage Location:  2853 Cole Lane, New Lenox, IL 60451** <br><br> **The mortgage lender, Bank of America, quotes the home loan at 87% LTV and the home value is $297,000 with a value range from $212,000 to $350,000.** | **Joint tenant** | **J** | **297,000.00** | **307,827.98** |
| **Former Residence and Current Rental Property:  2 family dwelling, detached garage, 4 total bedrooms, 3 bathrooms. Location: 391 W Exchange, Crete, Il  60417** | **Joint tenant** | **J** | **140,000.00** | **164,477.48** |

|  |  |  |
|---|---|---|
| Sub-Total > | **437,000.00** | (Total of this page) |
| Total > | **437,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Michael Henry Frederick,**                                   Case No. _____
         **Mary Collins Frederick**
                                                                  ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash in pockets, wallet, and purse.** | **J** | **35.40** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1.  Premium Checking Account Number: 2910598644 Names on Account:  Mary C. Frederick and Michael H. Frederick, Amount in Account:  $853.66, Location:  Harris Bank N.A., PO Box 94033, Palatine, IL 60094-4033, 1-888-340-2265** | **J** | **2,453.61** |
| | | **2.  Savings Account Number: 7801674502, Names on Account:  Mary C. Frederick and Michael H. Frederick, Amount in Account: $1,155.61 Location:  Harris Bank N.A., PO Box 94033, Palatine, IL 60094-4033, 1-888-340-2265** | | |
| | | **3. A.C. Jaacks Credit Union, 755 Pulaski Road, Calumet City, IL 60409, (708) 730-1906, Type of Account: Credit Union Name on Account: Michael H. Frederick, Acct#: 491, Amount in Account: $285.04 Name on Account: Mary C. Federick, Acct#: 798, Amount in Account: $159.30** | | |
| | | **Total Amount from three (4) Accounts:  $2453.61** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Approximate replacement values (age and condition) listed:** | **J** | **200.00** |
| | | **Furniture: Bedroom set: Bed, 2 chest, nightstand, vanity table, 34 years old** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |

|  | Sub-Total >  | **2,689.01** |
|---|---|---|
|  | (Total of this page) | |

__8__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael Henry Frederick,**                                    Case No. _____
      **Mary Collins Frederick**

_____,
                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture: Bookcases, couch, 20 years old<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 150.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture: Used Bedroom set: Bed Bed, chest, dresser and bookcase 1940s not an antique, vintage, only sentimental value<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 300.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture: Couch - 8 years old, armchair - 8 years old, coffee table - 3 years old, broken recliner -$50 and 5 years old, rocker and wooden trunk, lamps - Everything else at least 15 years old. | J | 200.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture:  3 library bookcases, a desk, 2 used tables, 1 chair and China cabinet (enclosed bookcase with missing top) - all 20+ years old.<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 200.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture: Living room couch - 1940s, sidechair, 2 extra chairs, 3 Tables, coffee table, crystal lamp -sentimental value items.<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 250.00 |

Sub-Total >      **1,100.00**
(Total of this page)

Sheet __1__ of __8__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael Henry Frederick,**                                    Case No. _____
**Mary Collins Frederick**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Approximate replacement values (age and condition) listed:<br><br>Office: 5 year old Dell computer, Used office jet HP printer - 5 years old<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 100.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture: China cabinet, server, credenza and table.  Includes 6 chairs - sentimental value, 1940s.<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 200.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Furniture: Kitchen table and 4 chairs - 20 years old.<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 100.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Musical: Piano, old upright spinnet, 50 years old. Sentimental value.  Needs tuning, chipped, mahoghany in color.<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 160.00 |
| | | Approximate replacement values (age and condition) listed:<br><br>Audio-Video:  Digital Camera - 4 years old.<br><br>Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 50.00 |

Sub-Total >                610.00
(Total of this page)

Sheet __2__ of __8__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Henry Frederick,**              Case No. _____

       **Mary Collins Frederick**

                                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Approximate replacement values (age and condition) listed:** | J | 35.00 |
| | | **Audio-Video:  Camcorder - 15+ years old.** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |
| | | **Approximate replacement values (age and condition) listed:** | J | 800.00 |
| | | **Household: Washer, Dryer, Small household appliances, old Sony 26 inch TV (20 years old), old Sony TV 19 inch (20 years old), dishes, cutlery, glasses and misc. other household goods- 30+ years.** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Approximate replacement values (age and condition) listed:** | J | 50.00 |
| | | **Books-Music: 100 Books, 25 CDs,** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |
| 6.   Wearing apparel. | | **Clothes: Mary's & Michael's and Emma's  clothes including shoes and winter coats.  Shoes are special ones due to orthotics for foot problems. No furs.** | J | 3,000.00 |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |
| 7.   Furs and jewelry. | | **Approximate replacement values (age and condition) listed:** | J | 1,800.00 |
| | | **Wedding Ring: Diamond engagement ring (34 years old) and wedding band (9 years old).** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |

Sub-Total >       **5,685.00**

(Total of this page)

Sheet  __3__  of  __8__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Henry Frederick,**                                    Case No. _____
    **Mary Collins Frederick**

                                 Debtors,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Approximate replacement values (age and condition) listed: <br><br> Jewelry: Gold chain and gold necklace-30% of value, 12 years old. <br><br> Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 300.00 |
| | | Approximate replacement values (age and condition) listed: <br><br> Jewelry: Bracelet w/diamonds & sapphires-30% of value, 15 years old. <br><br> Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 350.00 |
| | | Approximate replacement values (age and condition) listed: <br><br> Jewelry: Strand of pearls-30% of value, 30 years old. <br><br> Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 250.00 |
| | | Approximate replacement values (age and condition) listed: <br><br> Jewelry: Diamond (less than a carat) Tennis bracelet-30% of value,22 years old. <br><br> Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 300.00 |
| | | Approximate replacement values (age and condition) listed: <br><br> Jewelry: Diamond Earrings  1/3rd carat solitaire, 20 years old. <br><br> Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637 | J | 300.00 |

                                               Sub-Total >     **1,500.00**
                                        (Total of this page)

Sheet  __4__  of  __8__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Henry Frederick,**                                    Case No. _____
         **Mary Collins Frederick**

                                                            ,
                                    Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Approximate replacement values (age and condition) listed:** | **J** | **200.00** |
| | | **Jewelry: Pearl enhancer-30% of value, 10 years old.** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |
| | | **Approximate replacement values (age and condition) listed:** | **J** | **200.00** |
| | | **Jewelry: Gold ring w/sapphire-30% of value, 30 years old.** | | |
| | | **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **SafeCo Term Life Insurance - No Value - Term Insurance Benefit Amount: $50,000 Ms. Paula Rosput Reynolds 4333 Brooklyn Ave. NE Seattle, WA 98185 1-206-545-5000 Value: $0.00** | **J** | **10,900.00** |
| | | **Prudential Life Insurance PO Box 856003 Louisville, KY 40285-6003 Telehone:  1-800-944-8786 Value: $5,400.00** | | |
| | | **Metrpolitan Life Insurance 1 Madison Avenue New York 10, NY Value: $5,500.00** | | |
| | | **Total Value Amount:  $10,900.00** | | |
| 10.  Annuities. Itemize and name each issuer. | **X** | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |

Sub-Total >          **11,300.00**
(Total of this page)

Sheet ___**5**___ of ___**8**___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Henry Frederick,**                                    Case No. _____
         **Mary Collins Frederick**
                                                    ,
                                    Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement - IRA Account held by Mary C. Frederick. Address:  Harris NA, PO Box 94033, Palatine, IL 60094-4033 Account Number:  8360034279 Amount:  $5,432.74 Telephone Number:  1-800-546-6101 | W | 5,432.74 |
| | | Retirement:  MFS Investment Management - 403(b) Account Number: 0301-08191090242 Account Name: MFS Heritage Trust Co Cust, Tax Sheltered Annuity 403B, Thornton Frac Twsp S D #15 Account Holder: Michael H. Frederick Location: HD Vest Investment Securities, 13 Walnut Place, Schererville, IN 46375-1715, 1-800-225-2606 Amount as of 3/31/09: $36,710.55 | H | 36,710.55 |
| | | Retirement Account - 403(b) Plan - John Hancock/Scudder Wealthmark ML3 Annuity Account Number:  55101660 Financial Representative:  John E. Adkinson, H.D. Vest Investment Services, 13 Walnut   Place, Schererville, IN 46375, 1-800-493-8075 Account Holder:  Michael H. Frederick Amount as of 3/31/09:  11,751.85, (Death Benefit Value:  24,722.01) | H | 11,751.85 |
| | | Retirement Account - Allianz High Five Deferred Variable Annuity 403(b) Account Holder: Michael H. Frederick Account Contract Number: DAG12415 Account Address: Allianz Service Center, PO Box 561, Minneapolis, MN 55440-0561, 1-800-624-0197 Amount as of 3/3/09: $53,619.08 | H | 53,619.08 |
| | | Retirement - Mary Frederick's 401K from the years she worked at Harris Bank. Account Name:  BMO Financial Group/Harris Bank Account Holder:  Mary Collins-Frederick Account Address:  100 Half Day Road, PO Box 1556, Lincolnshire, IL 60069-1556 Account Telephone Number: 1-800-944-8786 Amount as of 3/31/09: $39,120.42 | W | 39,120.42 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

                                                    Sub-Total >          146,634.64
                                                    (Total of this page)

Sheet  __6__  of  __8__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Henry Frederick,**                                    Case No. _____
          **Mary Collins Frederick**

                                                                    ,
                                          Debtors
                        **SCHEDULE B - PERSONAL PROPERTY**
                                    (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

                                                            Sub-Total >                0.00
                                                        (Total of this page)

Sheet ___7___ of ___8___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Michael Henry Frederick,**                                           Case No. _____
       **Mary Collins Frederick**

                                                    ,
                                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto: 2005 Chevy Malibu Max, 4-door, No sun-roof, Driver's door is scratched by handle, a dent on passenger side, CD player, 48,543 miles Kelley Blue Book - $9,015.00 Good Condition** <br><br> **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | J | 9,015.00 |
| | | **2008 Toyota Sienna XLE Van VIN #: 5T07K22C88S54596 Located at Residence: 2853 Cole Lane, New Lenox, IL 60451** <br><br> **This is a lease contract from Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102, 1-800-279-9032.  Mileage: 21,767 miles.** | H | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Animals: Pet is a rescue dog with no papers.** <br><br> **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 9,015.00 |
| (Total of this page) | |
| Total > | 178,533.65 |

Sheet __8__ of __8__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Michael Henry Frederick,**                                          Case No. _____

**Mary Collins Frederick**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                      $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence:  Single Family, Ranch Dwelling, 3 Bedrooms, 2 1/2 Baths, Living Room, Dining Room, Family Room, Office, 3 Car Garage Location:  2853 Cole Lane, New Lenox, IL 60451** | **735 ILCS 5/12-901** | **30,000.00** | **297,000.00** |
| **The mortgage lender, Bank of America, quotes the home loan at 87% LTV and the home value is $297,000 with a value range from $212,000 to $350,000.** | | | |
| **Cash on Hand** | | | |
| **Cash in pockets, wallet, and purse.** | **735 ILCS 5/12-1001(b)** | **35.40** | **35.40** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **1.  Premium Checking Account Number: 2910598644 Names on Account:  Mary C. Frederick and Michael H. Frederick, Amount in Account: $853.66, Location:  Harris Bank N.A., PO Box 94033, Palatine, IL 60094-4033, 1-888-340-2265** | **735 ILCS 5/12-1001(b)** | **2,453.61** | **2,453.61** |
| **2.  Savings Account Number: 7801674502, Names on Account:  Mary C. Frederick and Michael H. Frederick, Amount in Account: $1,155.61 Location:  Harris Bank N.A., PO Box 94033, Palatine, IL 60094-4033, 1-888-340-2265** | | | |
| **3. A.C. Jaacks Credit Union, 755 Pulaski Road, Calumet City, IL 60409, (708) 730-1906, Type of Account: Credit Union Name on Account: Michael H. Frederick, Acct#: 491, Amount in Account: $285.04 Name on Account: Mary C. Federick, Acct#: 798, Amount in Account: $159.30** | | | |
| **Total Amount from three (4) Accounts: $2453.61** | | | |
| **Household Goods and Furnishings** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Furniture: Bedroom set: Bed, 2 chest, nightstand, vanity table, 34 years old** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |

___5___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Michael Henry Frederick,**                                      Case No. _____
       **Mary Collins Frederick**

_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Furniture: Used Bedroom set: Bed Bed, chest, dresser and bookcase 1940s not an antique, vintage, only sentimental value** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Furniture: Living room couch - 1940s, sidechair, 2 extra chairs, 3 Tables, coffee table, crystal lamp -sentimental value items.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Furniture: China cabinet, server, credenza and table.  Includes 6 chairs - sentimental value, 1940s.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Furniture: Kitchen table and 4 chairs - 20 years old.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **160.99** | **160.00** |
| **Musical: Piano, old upright spinnet, 50 years old.  Sentimental value.  Needs tuning, chipped, mahogany in color.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |

Sheet ___1___ of ___5___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Michael Henry Frederick,**                                                          Case No. _____

      **Mary Collins Frederick**

_____ ,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Approximate replacement values (age and condition) listed:**<br><br>**Household: Washer, Dryer, Small household appliances, old Sony 26 inch TV (20 years old), old Sony TV 19 inch (20 years old), dishes, cutlery, glasses and misc. other household goods- 30+ years.**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(b)** | **800.00** | **800.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Approximate replacement values (age and condition) listed:**<br><br>**Books-Music: 100 Books, 25 CDs,**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(b)** | **0.00** | **50.00** |
| **Wearing Apparel**<br>**Clothes: Mary's & Michael's and Emma's clothes including shoes and winter coats. Shoes are special ones due to orthotics for foot problems. No furs.**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(a)** | **3,000.00** | **3,000.00** |
| **Furs and Jewelry**<br>**Approximate replacement values (age and condition) listed:**<br><br>**Wedding Ring: Diamond engagement ring (34 years old) and wedding band (9 years old).**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(b)** | **1,800.00** | **1,800.00** |
| **Approximate replacement values (age and condition) listed:**<br><br>**Jewelry: Gold chain and gold necklace-30% of value, 12 years old.**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Approximate replacement values (age and condition) listed:**<br><br>**Jewelry: Bracelet w/diamonds & sapphires-30% of value, 15 years old.**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |

Sheet _____**2**_____ of _____**5**_____ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Michael Henry Frederick,**                                    Case No. _____
        **Mary Collins Frederick**

                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Jewelry: Strand of pearls-30% of value, 30 years old.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Jewelry: Diamond (less than a carat) Tennis bracelet-30% of value,22 years old.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Jewelry: Diamond Earrings  1/3rd carat solitaire, 20 years old.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **0.00** | **200.00** |
| **Jewelry: Pearl enhancer-30% of value, 10 years old.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |
| **Approximate replacement values (age and condition) listed:** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Jewelry: Gold ring w/sapphire-30% of value, 30 years old.** | | | |
| **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | | | |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Michael Henry Frederick,**              Case No. _____

          **Mary Collins Frederick**

_____,
                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in Insurance Policies** | | | |
| **SafeCo Term Life Insurance - No Value - Term Insurance Benefit Amount: $50,000 Ms. Paula Rosput Reynolds 4333 Brooklyn Ave. NE Seattle, WA 98185 1-206-545-5000 Value: $0.00** | **215 ILCS 5/238** | **10,900.00** | **10,900.00** |
| **Prudential Life Insurance PO Box 856003 Louisville, KY 40285-6003 Telehone:  1-800-944-8786 Value:  $5,400.00** | | | |
| **Metrplitan Life Insurance 1 Madison Avenue New York 10, NY Value:  $5,500.00** | | | |
| **Total Value Amount:  $10,900.00** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement - IRA Account held by Mary C. Frederick. Address:  Harris NA, PO Box 94033, Palatine, IL 60094-4033 Account Number: 8360034279 Amount: $5,432.74 Telephone Number: 1-800-546-6101** | **735 ILCS 5/12-704** | **5,432.74** | **5,432.74** |
| **Retirement:  MFS Investment Management - 403(b) Account Number: 0301-08191090242 Account Name: MFS Heritage Trust Co Cust, Tax Sheltered Annuity 403B, Thornton Frac Twsp S D #15 Account Holder: Michael H. Frederick Location: HD Vest Investment Securities, 13 Walnut Place, Schererville, IN 46375-1715, 1-800-225-2606 Amount as of 3/31/09: $36,710.55** | **735 ILCS 5/12-704** | **36,710.55** | **36,710.55** |
| **Retirement Account - 403(b) Plan - John Hancock/Scudder Wealthmark ML3 Annuity Account Number:  55101660 Financial Representative:  John E. Adkinson, H.D. Vest Investment Services, 13 Walnut Place, Schererville, IN 46375, 1-800-493-8075 Account Holder:  Michael H. Frederick Amount as of 3/31/09:  11,751.85, (Death Benefit Value:  24,722.01)** | **735 ILCS 5/12-704** | **11,751.85** | **11,751.85** |

Sheet ___4___ of ___5___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re **Michael Henry Frederick,**          Case No. _____
      **Mary Collins Frederick**
                                             ,
                             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Retirement Account - Allianz High Five Deferred Variable Annuity 403(b)** **Account Holder: Michael H. Frederick** **Account Contract Number: DAG12415** **Account Address: Allianz Service Center, PO Box 561, Minneapolis, MN 55440-0561, 1-800-624-0197** **Amount as of 3/3/09: $53,619.08** | **735 ILCS 5/12-704** | **53,619.08** | **53,619.08** |
| **Retirement - Mary Frederick's 401K from the years she worked at Harris Bank.** **Account Name:  BMO Financial Group/Harris Bank** **Account Holder:  Mary Collins-Frederick** **Account Address:  100 Half Day Road, PO Box 1556, Lincolnshire, IL 60069-1556** **Account Telephone Number: 1-800-944-8786** **Amount as of 3/31/09: $39,120.42** | **735 ILCS 5/12-704** | **39,120.42** | **39,120.42** |
| <u>**Automobiles, Trucks, Trailers, and Other Vehicles**</u> **Auto: 2005 Chevy Malibu Max, 4-door, No sun-roof, Driver's door is scratched by handle, a dent on passenger side, CD player, 48,543 miles Kelley Blue Book - $9,015.00 Good Condition** **Location at Residence:  2853 Cole Lane, New Lenox, IL 60451-2637** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **9,015.00** |
| **2008 Toyota Sienna XLE Van** **VIN #: 5T07K22C88S54596** **Located at Residence: 2853 Cole Lane, New Lenox, IL 60451** **This is a lease contract from Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102, 1-800-279-9032.  Mileage: 21,767 miles.** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **Unknown** |
| | Total: | **203,334.64** | **474,798.65** |

Sheet  **5**  of  **5**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Michael Henry Frederick,**
    **Mary Collins Frederick,**

Case No. _____

<div align="center">Debtors</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **161483422**<br><br>**Bank of America Home Loan**<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | | | | J | 6/2006<br>**First Mortgage**<br>**Residence:  Single Family, Ranch Dwelling, 3 Bedrooms, 2 1/2 Baths, Living Room, Dining Room, Family Room, Office, 3 Car Garage**<br>**Location:  2853 Cole Lane, New Lenox, IL 60451** | | | | | |
| | | | | | Value $                          **297,000.00** | | | | 307,827.98 | 10,827.98 |
| Account No. **4646786601**<br><br>**CitiFinancial Auto**<br>PO Box 650487<br>Dallas, TX 75265-0487 | | | | J | 10/31/2008<br>**Auto Loan**<br>**Auto: 2005 Chevy Malibu Max, 4-door, No sun-roof, Driver's door is scratched by handle, a dent on passenger side, CD player, 48,543 miles**<br>**Kelley Blue Book - $9,015.00 Good Condition** | | | | | |
| | | | | | Value $                             **9,015.00** | | | | 6,952.17 | 0.00 |
| Account No. **89746**<br><br>**First Community Bank and Trust**<br>1111 Dixie Highway<br>PO Box 457<br>Beecher, IL 60401-0457 | | | | J | 11/1/2006<br>**First Mortgage**<br>**Former Residence and Current Rental Property:  2 family dwelling, detached garage, 4 total bedrooms, 3 bathrooms.**<br>**Location: 391 W Exchange, Crete, Il 60417** | | | | | |
| | | | | | Value $                          **140,000.00** | | | | 164,477.48 | 24,477.48 |
| Account No. **03 0612 CH671**<br><br>**Toyota Financial Services**<br>P.O. Box 4102<br>Carol Stream, IL 60197-4102 | | | H | | 1/2/2008<br>**Auto Lease**<br>**2008 Toyota Sienna XLE Van**<br>**VIN #: 5T07K22C88S54596**<br>**Located at Residence: 2853 Cole Lane, New Lenox, IL 60451**<br>**This is a lease contract from Toyota Financial Services, PO Box 4102, Carol** | | | | | |
| | | | | | Value $                             **Unknown** | | | | 8,476.80 | Unknown |

**0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 487,734.43 | 35,305.46 |
| Total<br>(Report on Summary of Schedules) | 487,734.43 | 35,305.46 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Michael Henry Frederick,**   Case No. _____
        **Mary Collins Frederick**

_____,
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Michael Henry Frederick,**
        **Mary Collins Frederick**                                         Case No. _____

                                              _____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **6011-6553-0637-8121** <br><br> **ARS National Services** <br> **File Number 17511840** <br> **PO Box 469046** <br> **Escondido, CA 92046** | | | W | | 5/4/2006 <br> **J Jill Account, Clothing, Accessories, etc.** <br> **Telephone:  1-866-879-1503, x1222 or** <br> **1-800-329-9713** | | | | 1,402.80 |
| Account No. **4500-6600-4706-8844** <br><br> **Bank of America** <br> **Attn Bankruptcy Department** <br> **PO Box 15168** <br> **Wilmington, DE 19850-5168** | | | | J | 8/1996 <br> **Clothing, Medicine, Groceries, etc.** <br> **Telephone:  1-800-896-3698** | | | | 25,725.70 |
| Account No. **4227-6510-2308-0384** <br><br> **BP** <br> **Attn Bankruptcy Department** <br> **PO Box 15298** <br> **Wilmington, DE 19850-5298** | | H | | | 5/1986 <br> **Fuel** | | | | 730.77 |
| Account No. **5291-4923-7966-0216** <br><br> **Capital One Bank** <br> **Attn T.S.Y.S. Debt Management** <br> **P.O. Box 5155** <br> **Norcross, GA 30091** | | | W | | 11/5/2003 <br> **Medicine, Clothing, Books, IPASS, etc.** <br> **Telephone:  1-800-955-7070** | | | | 15,645.99 |

__2__  continuation sheets attached

Subtotal
(Total of this page)                                                    **43,505.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:39369-090811   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Henry Frederick,**
    **Mary Collins Frederick**
,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **4266-8412-0372-1665** | | | | | 1983 | | | | |
| **Chase** **Attn Correspondence Department** **P.O. Box 15298** **Wilmington, DE 19850-5298** | | W | | | **Clothes, Home Accessories, Towels, Bedding, etc.** **Telephone:  1-800-327-9846, 1-800-945-2000, 1-877-890-2941** | | | | 25,500.76 |
| Account No. **5369-9354-5005-4912** | | | | | 5/2001 | | | | |
| **Chase** **Attn Correspondence Department** **P.O. Box 15298** **Wilmington, DE 19850-1529** | | H | | | **Gas, Groceries, Medicine, etc.** **Telephone:  1-800-945-2000 or 1-877-890-2941 or 1-800-327-9846.** | | | | 6,808.44 |
| Account No. **6011-0077-1389-9119** | | | | | 2005 | | | | |
| **Discover Card** **PO Box 3025** **New Albany, OH 43054-3025** | | H | | | **Gas, Clothing, Home Maintenance Items, Toiletries, Medicine, Groceries, etc.** **Telephone:  1-800-347-2683** | | | | 11,734.66 |
| Account No. **819-2414-903044-7** | | | | | 6/2007 | | | | |
| **GE Money Bank** **Attn Bankruptcy Department** **P.O. Box 103104** **Roswell, GA 30076** | | H | | | **Lowe's Account - Nuts. Bolts, Paint, Plants, Mulch, Sand, Dirt, Shelving, and Miscellaneous Home Improvement supplies.** **Telephone:  1-800-444-1408 or 1-866-742-9858** | | | | 1,495.84 |
| Account No. **43-730-583-282-0** | | | | | 1975 | | | | |
| **Macy's** **Attn Bankruptcy Department** **P.O. Box 8113** **Mason, OH 45040** | | J | | | **Shoes, Clothing, Bedding, Furniture, Throw Rugs, Towels, etc.** **Telephone:  1-866-593-2543, 1-800-437-2646, 1-877-493-9207** | | | | 7,400.91 |

Sheet no. __1__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,940.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Henry Frederick,**
       **Mary Collins Frederick**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **826-75-015** <br><br> **Nordstrom Bank** <br> **Colorado Service Center** <br> **P.O. Box 6566** <br> **Englewood, CO 80155** | | J | | 4/14/1991 <br> **Clothing, Shoes, etc.** <br> **Telephone: 1-800-964-1800** | | | | **6,501.09** |
| Account No. **139-342-653** <br><br> **Shell Card Center** <br> **Attn Bankruptcy Department** <br> **P.O. Box 689151** <br> **Des Moines, IA 50368-9151** | | H | | 1990 <br> **Fuel** <br> **Telephone: 1-800-331-3703** <br> **Fax: 1-515-226-4031** | | | | **1,288.47** |
| Account No. **8175-4272** <br><br> **Talbots** <br> **Attn Bankruptcy Department** <br> **1 Talbot Drive** <br> **Hingham, MA 02043** | | W | | 11/14/1988 <br> **Clothing, Shoes, etc.** <br> **Telephone: 1-800-225-8204 or 1-401-335-5716** | | | | **2,124.15** |
| Account No. **#00018322802** <br><br> **Target National Bank** <br> **Attn: Bancruptcy Dept.** <br> **P.O. Box 9475** <br> **Minneapolis, MN 55440** | | J | | 9/16/1975 <br> **Bedding, Children's Play Clothes, Home Accessories, lawn Chair, Gardening Supplies, etc.** <br> **Telephone: 1-800-659-2396** | | | | **2,927.93** |
| Account No. | | | | | | | | |

Sheet no. __**2**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **12,841.64** |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **109,287.51** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re   **Michael Henry Frederick,**                                     Case No. _____
**Mary Collins Frederick**
_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Comcast Cable**<br>**PO Box 3001**<br>**Southeastern, PA 19398-3001** | **This is a contract for home cable service. This is a bundled service that includes Internet and Digital Voice services as well. Mary Frederick is the contracting party with account number: 8798-20-151-0207148. Our average payment is about $150.00 per month. The franchise authority's name is: Village of New Lenox, 701 West Haven Street, New Lenox, IL 60451, (815) 485-6452. The FCC Community is IL1027. We are current on our monthly payments.** |
| **Toyota Financial Services**<br>**Attn Bankruptcy Department**<br>**PO Box 8026**<br>**Cedar Rapids, IA 52408-8026** | **This is a vehicle lease. Michael Frederick is the Lessee. Planet Toyota is the Lessor located at: 5540 Auto Court, Matteson, IL 60443, (708) 720-8600. The leased vehicle is a 2008 Toyota Sienna XLE Van (VIN #5TDZK22C88S154596. The lease (HT71084) was signed on 1/2/08 expires 1/1/11. The monthly payment is $529.80, and we are current on payments. There are 16 monthly payments left in the lease totaling $8,476.80. We need this van to transport our special needs daughter. Billing Statement Telephone: 1-800-874-8822 or 1-800-279-9032. Account #: 030612CH671. Van is located at residence: 2853 Cole Lane, New Lenox, IL 60451-2637.** |
| **Verizon Wireless**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | **This is a contract for cell phone service on all three (3) cell phones for our family. Michael Frederick is the contracting party with account number, 880493216-0001. The contract was signed on 5/2009 and expires on 5/2011. Our payment averages about $150.00 per month. An alternate Verizon address is: 777 Big Timber Road, Elgin, IL 60123. We are current.** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Michael Henry Frederick,**                                                           Case No. _____
         **Mary Collins Frederick**
                                                                                   ,
                                          Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Michael Henry Frederick**
         **Mary Collins Frederick**                                    Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Substitute Teacher, As Needed** | |
| Name of Employer | **Thornton Fractional Township HS** | |
| How long employed | **3 years (since 8/2006)** | |
| Address of Employer | **District 215**<br>**1601 Wentworth Avenue**<br>**Calumet City, IL 60409-6309** | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **266.67** | $ **0.00** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **266.67** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **0.00** | $ **0.00** |
| b. Insurance | | $ **0.00** | $ **0.00** |
| c. Union dues | | $ **0.00** | $ **0.00** |
| d. Other (Specify): _____ | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **266.67** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): **Monthly SSA Disability - Exempt Income** | | $ **0.00** | $ **1,838.40** |
| | | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | | $ **8,045.09** | $ **0.00** |
| 13. Other monthly income<br>(Specify): **Portion of Daughter's SSA Disability** | | $ **450.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **8,495.09** | $ **1,838.40** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **8,761.76** | $ **1,838.40** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **10,600.16** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **Michael Frederick's work as a substitute teacher depends on need of the school district, and his income may fluctuate.**

B6J (Official Form 6J) (12/07)

In re  **Michael Henry Frederick**
       **Mary Collins Frederick**                              Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,690.98 |
| a. Are real estate taxes included?           Yes __X__           No ____ | | |
| b. Is property insurance included?           Yes __X__           No ____ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 136.73 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 149.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 189.82 |
| 3. Home maintenance (repairs and upkeep) | $ | 137.45 |
| 4. Food | $ | 625.00 |
| 5. Clothing | $ | 209.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 1,333.00 |
| 8. Transportation (not including car payments) | $ | 226.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 78.00 |
| 10. Charitable contributions | $ | 58.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 108.22 |
| c. Health | $ | 1,204.35 |
| d. Auto | $ | 98.83 |
| e. Other   **Optical/Dental Insurance** | $ | 136.89 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | $ | 1,874.83 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 171.36 |
| b. Other   **2005 Toyota Sienna Van Lease Payment** | $ | 529.80 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 387.95 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,465.21 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Income Tax Returns for 2007 & 2008 indicate much higher disability-related medical expenses that typically occur between July - December. In 2007, total expenses were $28,662 and in 2008, they were $22,503. These are the months that deductibles and prescription costs are paid out-of-pocket during the 'donut hole phase' of health insurance reimbursement. Therefore, expenditures are expected to increase.**

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 10,600.16 |
| b.   Average monthly expenses from Line 18 above | $ | 10,465.21 |
| c.   Monthly net income (a. minus b.) | $ | 134.95 |

B6J (Official Form 6J) (12/07)

In re    **Michael Henry Frederick**
       **Mary Collins Frederick**                                Case No. _____

                                           Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

<u>**Other Utility Expenditures:**</u>

| | | |
|---|---|---:|
| **Comcast (Home Phone, Internet, Basic Cable)** | $ | **150.00** |
| **Garbage** | $ | **39.82** |
| **Total Other Utility Expenditures** | $ | **189.82** |

<u>**Specific Tax Expenditures:**</u>

| | | |
|---|---|---:|
| **Taxes from Mary Frederick's SSA Disability Income** | $ | **435.50** |
| **Taxes from Michael Frederick's Substitute Teacher Job** | $ | **18.91** |
| **Taxes from Michael Frederick's Teacher's Pension** | $ | **1,420.42** |
| **Total Tax Expenditures** | $ | **1,874.83** |

<u>**Other Expenditures:**</u>

| | | |
|---|---|---:|
| **Household Supplies** | $ | **61.00** |
| **Personal Care/Hygiene** | $ | **59.00** |
| **Miscellaneous (Pet Food, Dog Medicines, Care)** | $ | **197.00** |
| **Security Home Alarm on Residence - New Lenox HomeHome** | $ | **39.95** |
| **Home Owner's Association Dues - New Lenox Home** | $ | **31.00** |
| **Total Other Expenditures** | $ | **387.95** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Henry Frederick**
**Mary Collins Frederick**
_____
Debtor(s)

Case No. _____
Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**28**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 13, 2009**_____     Signature   **/s/ Michael Henry Frederick**_____
**Michael Henry Frederick**
Debtor

Date   **August 13, 2009**_____     Signature   **/s/ Mary Collins Frederick**_____
**Mary Collins Frederick**
Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Henry Frederick**
**Mary Collins Frederick**

|  | Case No. |
|---|---|
| Debtor(s) | Chapter **7** |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,600.00 | 2009 Husband  District 215 Subsitute teaches as needed by the school |
| $4,930.40 | 2008 Husband  District 215 Subsitute teaches as needed by the school. Same amount reported on 2008 Income Tax Form 1040. |
| $3,053.60 | 2007 Husband  District 215 Subsitute teaches as needed by the school. Same amount reported on 2008 Income Tax Form 1040. |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,868.80 | **2009 - Wife - Social Security This is her SSA Disability gross income of 1838.40 per month paid 1/09 through 7/09.** |
| $2,700.00 | **2009 - Daughter contributes monthly income to help pay for her health insurance and medications, living expenses, like food, utilities etc.  This is Social Security Disability pay that our daughter receives from SSA benefits.  She gives $450.00 per month.  She did not contribute for the month of June 2009.  Total given was $2,700.00.** |
| $10,005.00 | **2009 - Crete Home Rental Property - Income from Tenants: Total income from 1/09 through 7/09:  $10,005.00. Months and amounts are listed below:**<br><br>**1/09  - $1,550**<br>**2/09 - $1,550**<br>**3/09 - $1,550**<br>**4/09 - $800**<br>**5/09 - $1,785**<br>**6/09 - $1,785**<br>**7/09 - $1,785** |
| $16,238.88 | **2009 - Husband - Oppenheimer 403(b).  1/09 through 4/09 at $3,472.22 per month totaling $13,888.88.  For 5/09: $2,350.00.  Grand Total:  $16,238.88.  This is another annuitiy that my husband received income.  The account was at zero at the end of May 2009 and closed.** |
| $56,315.63 | **2009 - Husband - Office of the Comptroller State of IL - $8,405.09 paid per month from 1/09- 7/09. This is Teacher Retirement System pay.** |
| $2,000.00 | **2009 - Husband sold car, a 1996 Buick Roadmaster Station Wagon, to Warren Housinger, 1725 Community, Lansing, IL 60438 on 5/12/09 for $2,000.00.** |
| $20,848.80 | **2008 - Wife - Social Security This is her SSA Disability gross income of 1838.40 per month paid 1/08 through 12/08.** |
| $4,950.00 | **2008 - Daughter Social Security Disability contributions to family income for health insurance, medications, food, utilities, etc.  Total: $4,950.00.** |
| $14,400.00 | **2008 - Crete Home Rental Property income from tenants.  Total:  $14,400.00 from 1/08 through 12/08.** |
| $20,373.81 | **2008 - Husband  Valic Retirement Fund 403(b).  This is one of the annuities that my husband drained during 2008.** |
| $20,833.32 | **2008 - Husband  Oppenheimer 403(b).  This another annuitiy that my husband received income from 1/08 through 12/08.** |
| $89,638.08 | **2008 - Husband - Office of the Comptroller State of IL - Total paid from 1/08 - 12/08 was $89,638.08. This is Teacher Retirement System pay.** |
| $8,765.18 | **2008 - Wife - Harris Bank NA IRA Account.  This is an IRA account that I withdrew the money and closed the account in 8/2008.  The account is now $0.00.** |
| $14,086.00 | **2008 - Federal Income Tax Refund received in 3/2009.** |
| $148.00 | **2008 - IL State Income Tax Refund - $148.00.** |
| $160,735.00 | **2008 - U.S. Income Tax Return Adjusted Gross Income - includes all income from SSA, pensions and rent listed for 2008.** |
| $17,040.07 | **2007 - Husband - JP Morgan IRA Michael inherited this from his mother who passed away in 2006.** |
| $20,382.00 | **2007 - Wife - Social Security This is her SSA Disability gross income of 1838.40 per month paid 1/07 through 12/07.** |

| AMOUNT | SOURCE |
|---|---|
| **$1,600.00** | **2007 - Crete Home Rental Property income from one tenant only during 11/07 and 12/07.** |
| **$21,426.00** | **2007 - Husband  Valic Retirement Fund 403(b).  This is one of the annuities that my husband received income from 1/07 through 12/07.** |
| **$89,368.08** | **2007 - Husband - Office of the Comptroller State of IL - Total paid from 1/08 - 12/08 was $89,368.08. This is Teacher Retirement System pay.** |
| **$9,425.00** | **2007 - Federal Income Tax Refund received in 3/2008.** |
| **$92.00** | **2007 - IL State Income Tax Refund - $92.00.** |
| **$163,949.00** | **2007 - U.S. Income Tax Return Adjusted Gross Income - includes all income from SSA, pensions and rent listed for 2007.** |

### 3. Payments to creditors

None
☐

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **First Community Bank & Trust 1111 Dixie Highway Beecher, IL 60401** | **5/11/09;  Late on two payments.** | **$1,287.10** | **$164,477.48** |
| **Bank of America Home Loan PO Box 5170 Simi Valley, CA 93062-5170** | **5/1, 6/1, 7/1  Paid $1920.05 for these 3 months.** | **$5,760.15** | **$307,827.98** |
| **Discover Card PO Box 3025 New Albany, OH 43054-3025** | **5/29/09** | **$600.00** | **$11,734.66** |
| **Chase Bank Attn Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298** | **5/09** | **$800.00** | **$25,500.76** |
| **Bank of America Attn Bankruptcy Department PO Box 15168 Wilmington, DE 19850-5168** | **5/09** | **$674.00** | **$25,725.70** |
| **Toyota Financial Services Attn Bankruptcy Department PO Box 8026 Cedar Rapids, IA 52408-8026** | **5/09, 6/09, 7/09 Payments of $529.80 each for auto lease. Toatl: $1,589.40** | **$1,589.40** | **$8,476.80** |
| **CitiFinancial Auto PO Box 650487 Dallas, TX 75265-0487** | **$171.36 for 5/09, 6/09, and 7/09.  Total paid is $514.08.** | **$514.08** | **$0.00** |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Salvation Army** <br> **2853 Cole Lane** <br> **New Lenox, IL 60451-2637** | **None** | **11/2008** | **A 1996 Oldsmobile Delta 88** <br> **Value: $1,650.00.** <br> **Car was picked up from our home because it was not running.** |
| **Crete Women's Club** <br> **PO Box 104** <br> **Crete, IL 60417** | **Member of Club** | **4/1/09** | **$135.00** |
| **Crete Pantry** <br> **1367 Wood Street** <br> **Crete, IL 60417** | **None** | **4/2009** | **$100** |

#### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **MFS Investments** <br> **www.mfs.com** <br><br> **Value: $13,000.00** | **Stock Market losses** | **12/31/08** |
| **John Hancock/Scudder Investments** <br> **Value: $10,203.00** | **Stock market losses** | **12/31/08** |
| **Allianz Annuities** <br> **Value: $13,565.94** | **Stock market losses** | **12/31/2008** |

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Money Management International Inc** <br> **16860 South Oak Park Avenue** <br> **Suite 104** <br> **Tinley Park, IL 60477** | **7/31/09 for Pre-Bankruptcy Course and Certificates.** | **$50 for Pre-Bankruptcy Course and Certificates.** |
| **Theodore M. Liddell, LLC** <br> **PO Box 523** <br> **Monee, IL 60449** | **8/7/2009** | **$1,699.00 (included Chapter 7 court fee of $299.00)** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Warren Housinger**<br>**1725 Community**<br>**Lansing, IL 60438**<br>    **Friend** | **5/12/09** | **1996 Buick Roadmaster Station Wagon (old)** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Harris Bank**<br>**PO Bank 94033**<br>**Palatine, IL 60094-4033** | **IRA Account**<br>**Final Balance: $8,765.00** | **$8,765.00 was the amount in account when closed in 8/2008.  The account is at $0.00.** |
| **Oppenheimer Funds**<br>**PO Box 5270**<br>**Denver, CO 80217-5270** | **Account Type:  403(b)**<br>**Account Number:  #9023**<br>**Final Balance:  $0.00**<br>**Emptied to zero and closed in 5/2009**<br>**Telephone Number:  1-800-225-5677**<br>**Final Balance: 36130.13** | **$0.00**<br>**5/2009** |
| **Valic/AIG Retirement**<br>**2929 Allen Parkway**<br>**Houston, TX 77019** | **403(b)**<br>**Account #0046**<br>**Final Balance: $0.00 as of 12/31/2008**<br>**Beginning of year amount: $20,184.73**<br>**Emptied  to zero on 6/5/2008.** | **$0.00.**<br>**6/5/2008** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

7

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Emma V. Frederick**<br>**2853 Cole Lane**<br>**New Lenox, IL 60451** | **Investment brokerage account left to Emma Frederick by her grandmother.**<br>**Value: $9,722.07 w/Michael H. Frederick (father) as custodian of the account.**<br>**Financial Advisor:  Keith Cordero**<br>**Account Number:  #9166** | **Harris Investor Services, Inc.**<br>**111 West Monroe Street, LLE**<br>**Chicago, IL 60603**<br>**1-877-225-3863** |
| **Emma V. Frederick**<br>**2853 Cole Lane**<br>**New Lenox, IL 60451** | **This is a savings account that belongs to Emma V. Frederick.**<br>**Value: $3,103.00.  Mary C. Frederick is the custodian, and this is not Mary's property.**<br><br>**Harris NA**<br>**PO Box 94033**<br>**Palatine, IL 60094-4033**<br>**Account Number:  #3674**<br>**1-888-340-2265** | **Harris Bank NA**<br>**PO Box 94033**<br>**Palatine, IL 60094-4033**<br>**Account Number: #3674**<br>**1-888-340-2265** |
| **Emma V. Frederick**<br>**2853 Cole Lane**<br>**New Lenox, IL 60451** | **Gold Necklace & Pendant**<br>**Value: $300.00** | **This is Emma's but insured with our things.**<br>**Located at our home:  2853 Cole Lane, New Lenox, IL 60451.** |

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **391 W. Exchange**<br>**Crete IL 60417-0000** | | **1987-2006** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

9

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

10

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 13, 2009**                Signature  **/s/ Michael Henry Frederick**
                                                       **Michael Henry Frederick**
                                                       Debtor

Date  **August 13, 2009**                Signature  **/s/ Mary Collins Frederick**
                                                       **Mary Collins Frederick**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Henry Frederick**
**Mary Collins Frederick**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America Home Loan** | **Describe Property Securing Debt:**<br>**Residence:  Single Family, Ranch Dwelling, 3 Bedrooms, 2 1/2 Baths, Living Room, Dining Room, Family Room, Office, 3 Car Garage**<br>**Location:  2853 Cole Lane, New Lenox, IL 60451**<br><br>**The mortgage lender, Bank of America, quotes the home loan at** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**CitiFinancial Auto** | **Describe Property Securing Debt:**<br>**Auto: 2005 Chevy Malibu Max, 4-door, No sun-roof, Driver's door is scratched by handle, a dent on passenger side, CD player, 48,543 miles**<br>**Kelley Blue Book - $9,015.00 Good Condition**<br><br>**Location at Residence:  2853 Cole Lane, New Lenox, IL** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**First Community Bank and Trust** | **Describe Property Securing Debt:**<br>**Former Residence and Current Rental Property:  2 family dwelling, detached garage, 4 total bedrooms, 3 bathrooms. Location: 391 W Exchange, Crete, Il  60417** |

Property will be (check one):
- ■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 3

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Financial Services** | **Describe Property Securing Debt:**<br>**2008 Toyota Sienna XLE Van**<br>**VIN #: 5T07K22C88S54596**<br>**Located at Residence: 2853 Cole Lane, New Lenox, IL 60451**<br><br>**This is a lease contract from Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102, 1-800-279-9032. Mileage: 2** |

Property will be (check one):
   ☐ Surrendered                         ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ■ Other.  Explain   **This is an auto lease.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Toyota Financial Services** | **Describe Leased Property:**<br>**This is a vehicle lease.  Michael Frederick is the Lessee. Planet Toyota is the Lessor located at: 5540 Auto Court, Matteson, IL 60443, (708) 720-8600. The leased vehicle is a 2008 Toyota Sienna XLE Van (VIN #5TDZK22C88S154596. The lease (HT71084) was signed on 1/2/08 expires 1/1/11.  The monthly payment is $529.80, and we are current on payments. There are 16 monthly payments left in the lease totaling $8,476.80.  We need this van to transport our special needs daughter. Billing Statement Telephone:  1-800-874-8822 or 1-800-279-9032.  Account #: 030612CH671. Van is located at residence: 2853 Cole Lane, New Lenox, IL 60451-2637.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES         ☐ NO |

| Property No. 2 |
|---|

B8 (Form 8) (12/08)                                                                                            Page 4

| Lessor's Name:<br>**Verizon Wireless** | **Describe Leased Property:**<br>**This is a contract for cell phone service on all three (3) cell phones for our family.  Michael Frederick is the contracting party with account number, 880493216-0001. The contract was signed on 5/2009 and expires on 5/2011. Our payment averages about $150.00 per month.  An alternate Verizon address is: 777 Big Timber Road, Elgin, IL 60123. We are current.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES          □ NO |
| --- | --- | --- |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 13, 2009**                   Signature   **/s/ Michael Henry Frederick**
                                                         **Michael Henry Frederick**
                                                         Debtor

Date  **August 13, 2009**                   Signature   **/s/ Mary Collins Frederick**
                                                         **Mary Collins Frederick**
                                                         Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael Henry Frederick**
       **Mary Collins Frederick**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 1,699.00 |
| Prior to the filing of this statement I have received | $ | 1,699.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Referral Fee of $400.00 to be paid to Attorney Janet Schwieters.**

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 13, 2009**

**/s/ Theodore Marcus Liddell**
**Theodore Marcus Liddell 6295197**
**Theodore M. Liddell, LLC**
**1395B Main St., Suite C**
**Crete, IL 60417**
**(708) 310-2052  Fax: (708) 235-2045**
**questions@attytheodoremliddell.com**

---

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Theodore Marcus Liddell 6295197 | X /s/ Theodore Marcus Liddell | August 13, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**1395B Main St., Suite C
Crete, IL 60417
(708) 310-2052
questions@attytheodoremliddell.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Michael Henry Frederick Mary Collins Frederick | X /s/ Michael Henry Frederick | August 13, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X /s/ Mary Collins Frederick | August 13, 2009 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Henry Frederick**
**Mary Collins Frederick**

_____
Debtor(s)

Case No. _____
Chapter   **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **60**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 13, 2009**
_____

**/s/ Michael Henry Frederick**
**Michael Henry Frederick**
Signature of Debtor

Date: **August 13, 2009**
_____

**/s/ Mary Collins Frederick**
**Mary Collins Frederick**
Signature of Debtor

ARS National Services
File Number 17511840
PO Box 469046
Escondido, CA 92046


Bank of America
Attn Bankruptcy Department
PO Box 15168
Wilmington, DE 19850-5168


Bank of America
Attn Bankruptcy Department
PO Box 15019
Wilmington, DE 19886-5019


Bank of America
Attn Bankruptcy Department
PO Box 15026
Wilmington, DE 19850-5026


Bank of America Home Loan
PO Box 5170
Simi Valley, CA 93062-5170


Bank of America Home Loan
Attn Bankruptcy Department
PO Box 5170
Simi Valley, CA 93062-5170


Bank of America Home Loans
Attn Bankruptcy Department
PO Box 650070
Dallas, TX 75265-0070


BP
Attn Bankruptcy Department
PO Box 15298
Wilmington, DE 19850-5298


BP
Attn Bankruptcy Department
PO 15325
Wilmington, DE 19886-5325

BP
Attn Bankruptcy Department
PO Box 15299
Wilmington, DE 19850-5299

Capital Management Services LP
726 Exchange Street
Suite 700
Buffalo, NY 14210

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
Attn T.S.Y.S. Debt Management
P.O. Box 5155
Norcross, GA 30091

Capital One Bank USA NA
PO Box 6492
Carol Stream, IL 60197-6492

Chase
Attn Correspondence Department
P.O. Box 15298
Wilmington, DE 19850-5298

Chase
Attn Correspondence Department
P.O. Box 15298
Wilmington, DE 19850-1529

Chase
Attn Customer Service
PO Box 15299
Wilmington, DE 19850-5299

Chase
Attn Customer Service
PO Box 15299
Wilmington, DE 19850-5299

Chase Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

```
Chase Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Citibank South Dakota NA
Attn Bankruptcy Department
701 East 60th
Sioux Falls, SD 57104


CitiFinancial Auto
PO Box 650487
Dallas, TX 75265-0487


Comcast Cable
PO Box 3001
Southeastern, PA 19398-3001


Countrywide
Attn Bankruptcy Department
5401 North Beach Street
Fort Worth, TX 76137


Countrywide
Attn Bankruptcy Department
PO Box 10229
Van Nuys, CA 91410-0229


Countrywide
Attn Bankruptcy Department
PO Box 5170
Simi Valley, CA 93062-5170


Countrywide Home Loans
Attn Bankruptcy Department
PO Box 650070
Dallas, TX 75265-0070


Discover Card
PO Box 3025
New Albany, OH 43054-3025


Discover Card
PO Box 6103
Carol Stream, IL 60197-6103
```

Discover Card
PO Box 30943
Salt Lake City, UT 84130


Discover Card
PO Box 15316
Wilmington, DE 19850-5316


First Community Bank and Trust
1111 Dixie Highway
PO Box 457
Beecher, IL 60401-0457


First Community Bank and Trust
Attn Bankruptcy Department
650 Wilmington Road
Peotone, IL 60468


GE Money Bank
Attn Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076


J Jill Credit Plan
P.O. Box 20483
Kansas City, MO 64195


J Jill Credit Plan
PO Box 689182
Des Moines, IA 50368-9182


Lowe's
PO Box 530914
Atlanta, GA 30353-0914


Lowe's
PO 981064
El Paso, TX 79998-1064


Macy's
Attn Bankruptcy Department
P.O. Box 8113
Mason, OH 45040

```
Macy's
PO Box 689195
Des Moines, IA 50368-9195


Macy's
Bankruptcy Department
PO Box 8218
Mason, OH 45040-8218


Macy's
Attn Bankruptcy Department
PO Box 8066
Mason, OH 45040


Nordstrom Bank
Colorado Service Center
P.O. Box 6566
Englewood, CO 80155


Nordstrom Bank
Colorado Service Center
PO Box 6555
Englewood, CO 80155


Nordstrom Bank
Attn Bankruptcy Department
PO Box 13589
Scottsdale, AZ 85267


Nordstrom Bank
Attn Bankruptcy Department
PO Box 79134
Phoenix, AZ 85062-9134


Shell Card Center
Attn Bankruptcy Department
P.O. Box 689151
Des Moines, IA 50368-9151


Shell Card Center
Attn Bankruptcy Department
PO Box 183018
Columbus, OH 43218-3018
```

Talbots
Attn Bankruptcy Department
1 Talbot Drive
Hingham, MA 02043


Talbots Classics Finance Company
Attn Bankruptcy Department
4 Blackstone Valley Place
Lincoln, RI 02865


Talbots Classics Finance Company
Attn Bankruptcy Department
PO Box 740158
Cincinnati, OH 45274-0158


Talbots Classics Finance Company
2160 Lakeside Centre Way
Suite 301
Knoxville, TN 37922


Target National Bank
Attn:  Bancruptcy Dept.
P.O. Box 9475
Minneapolis, MN 55440


Target National Bank
Bankruptcy Department
PO Box 59317
Minneapolis, MN 55459-0317


Target National Bank
Target Credit Services
PO Box 59231
Minneapolis, MN 55459-0231


Target National Bank
Target Credit Services
PO Box 673
Minneapolis, MN 55440-0673


Target National Bank
Target Credit Services
PO Box 1581
Minneapolis, MN 55440-1581

Toyota Financial Services
P.O. Box 4102
Carol Stream, IL 60197-4102


Toyota Financial Services
Attn Bankruptcy Department
PO Box 8026
Cedar Rapids, IA 52408-8026


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505